IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 MAR 20  A  9: 07

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| PATRICIA WILSON-COKER,<br>Commissioner of Social Services, *et al.*,<br><br>Plaintiffs,<br><br>COMMUNITY VISIT NURSE AND HOME<br>CARE AGENCY, INC; MED-CENTER HOME<br>HEALTH CARE, INC; PRIORITY CARE, INC;<br>STAFF BUILDERS HOME HEALTH CARE,<br>INC., and OTHER SIMILARLY SITUATED<br>HOME HEALTH AGENCIES,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>TOMMY G. THOMPSON, Secretary, United<br>States Department of Health and Human Services,<br>*et al.*,<br><br>Defendants, and<br><br>ASSOCIATED HOSPITAL SERVICE OF<br>MAINE; and UNITED GOVERNMENT<br>SERVICES, INC.,<br><br>Additional Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:00CV1312 (CFD)<br>)<br>)<br>)<br>)  March 19, 2003<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF PROPOSED
## FINAL JUDGMENT APPROVING SETTLEMENT AGREEMENT

Defendants Tommy Thompson, the Secretary of the Department of Health and Human

Services, and Thomas Scully, the Administrator of the Centers for Medicare and Medicaid

Services, on behalf of the settling parties, hereby respectfully submit a proposed Final Judgment

Approving Settlement Agreement for the Court's approval, attached hereto as Exhibit 1.

FILED