# United States District Court
# District of Connecticut

PATRICIA WILSON-COKER, et al., :
    *Plaintiffs* :
    :
v. :   Case No. 3:00 CV 1312 (CFD)
    :
HHS, et al., :
    *Defendant*s. :

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

_____ All purposes except trial, unless the parties consent to trial before the magistrate judge

_____ A ruling on all pretrial motions except dispositive motions

_____ To supervise discovery and resolve discovery disputes

_____ A ruling on the following motions which are currently pending:
Doc#

__✖__ A settlement conference

_____ A conference to discuss the following:

_____ Other:


SO ORDERED this 13th day of August, 2004 at Hartford, Connecticut.


                       /s/ CFD
                       HONORABLE CHRISTOPHER F. DRONEY
                       UNITED STATES DISTRICT COURT JUDGE