UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA WILSON-COKER ET AL, )<br>)<br>Plaintiffs, )<br>)<br>COMMUNITY VISITING NURSE AND HOME )<br>CARE AGENCY, INC., ET AL. )<br>)<br>v. )<br>)<br>TOMMY G. THOMPSON, Secretary, United )<br>States Department of Health and Human Services, )<br>et al., )<br>) | Case No. 3:00CV13... |

**UNOPPOSED MOTION TO EXTEND TIME FOR PRODUCTI[ON]**
**ADMINISTRATIVE RECORD**

On August 13, 2004, the Court conducted a telephonic status conference [with] plaintiff-intervenor MedCenter Home Health Care and counsel for defendants. [X] informed the Court at the status conference that despite good faith negotiations, [they were] unable to reach agreement for settling the case, and that both parties wished to r[enew] previously submitted summary judgment motions. As a result, the Court determ[ined that the] parties should work in good faith to come to an agreement as to what documents [comprise] the administrative record that the parties will submit with their renewed summa[ry judgment] motions, and that the Court would then determine whether any additional docum[ents are] necessary. To accomplish this goal, the Court stated that defendants should pro[duce the] administrative record to plaintiff-intervenor by August 27, 2004, and scheduled [a] Status Conference with the parties for September 10, 2004. The Court also subs[equently issued a] notice confirming the date of the teleconference.

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 9/14/04