# Arent Fox
ATTORNEYS AT LAW

RECEIVED

2004 SEP 30 A 10: 33

**CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE**

**David N. Wynn**
212/484-3920 DIRECT
wynnd@arentfox.com

**VIA FEDERAL EXPRESS**

September 29, 2004

Honorable Christopher F. Droney
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

Re:   Community Visiting Nurse and Home Care Agency, et al (Plaintiff-Intervenors) /
      Patricia Wilson-Coker, et al ( Plaintiffs) v. Tommy Thompson, et al (Defendant)
      Case No. 3:00 CV-1312 (CFD)

Dear Judge Droney:

We are submitting this joint report on behalf of both parties in connection with the above-referenced action. The report is made jointly as a follow-up to the September 10, 2004 conference call in which the Court requested a status letter report by Friday, October 1, 2004.

Subsequent to the September 10 conference call, Arent Fox has been advised by the provider that it has records that may be relevant to the record for administrative law decisions. Certain files have been segregated and it is necessary for counsel to personally review them at the provider's site. The attorney best able to evaluate the relevance of these files is Attorney Raffa. However, Attorney Raffa has been out of the country for nine days since the September 10 phone call and out of town on other matters the balance of this week. It is contemplated that Attorney Raffa would be able to personally examine the files in early October and advise Attorney Kaplan of the provider's position on the records within the next two weeks.

Accordingly counsel for both parties respectfully request that counsel provide a follow-up report on or before October 15, 2004. In the event counsel are unable to agree upon the record at that time, we would advise the Court as well as propose briefing schedules to address appropriate proceedings due to the status of the records or briefing schedules for renewed summary judgment motions.

Respectfully submitted,

David N. Wynn                              Samuel Kaplan  / D. Wynn
                                                         per SK
                                                         dictation

[Handwritten margin note, rotated:]
This letter shall be docketed by the Clerk and included in the Court's file. The Court construes this letter as a motion to extend time to file the status report, and the motion is granted, nunc pro tunc. It is hereby ordered that the parties' status report shall be filed by October 15, 2004.

Christopher F. Droney
United States District Judge
/04

NEW YORK    WASHINGTON, DC
1675 Broadway    New York, NY 10019-5820    212.484.3900 PHN    212.484.3990 FAX    www.arentfox.com