# Arent Fox
ATTORNEYS AT LAW

*[Handwritten margin note, left side:] The administrative record is GRANTED. The motion for extension of time is GRANTED. The administrative record shall be filed no later than December 22, 2004, and motions for summary judgment shall be filed no later than December 22, 2004. The Clerk is directed to docket this letter. So ordered. /s/ Christopher F. Droney, United States District Judge, 12/1/04*

**VIA FEDERAL EXPRESS**

**David N. Wynn**
212/484-3920 DIRECT
wynnd@arentfox.com

November 29, 2004

Honorable Christopher F. Droney
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

Re: Community Visiting Nurse and Home Care Agency, et al. (Plaintiff-Intervenors)/ Patricia Wilson-Coker, et al ( Plaintiffs) v. Tommy Thompson, et al. (Defendant)
Case No. 3:00 CV-1312 (CFD)

Dear Judge Droney:

On November 18, 2004 Arent Fox sent a status report letter to the Court jointly with counsel of CMS, Samuel Kaplan, of the United States Department of Justice. For your reference, a copy of the November 18, 2004 letter is attached.

In the status report letter the parties advised the Court that efforts to resolve the administrative record was ongoing and it was contemplated that the record would be filed on or before December 2, 2004. Motions for summary judgment were to be filed on or before December 22, 2004. One of the reasons for the extension referenced in the November 18th letter was the illness of Attorney Connie Raffa of this office. To date, Ms. Raffa still has not been able to return to work, but it is hopeful that her doctor will clear her to return this week. In light of the continuing illness of Attorney Raffa, it is respectfully requested that the Court allow the parties an additional two weeks to file the record. The parties do not anticipate requiring additional time for the filing of the motions, which would remain due on December 22, 2004.

I have reviewed this request to extend the time for the filing of the record with Mr. Kaplan who does not object. The extension of the interim deadline for the record would not otherwise affect the schedule.

Respectfully submitted,

*/s/ David N. Wynn*

David N. Wynn

cc: Samuel Kaplan, Esq. (via telecopy)

ARENT FOX PLLC
1675 Broadway   New York, NY 10019-5820   212.484.3900 PHN   212.484.3990 FAX

NEW YORK   WASHINGTON, DC
www.arentfox.com