IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA WILSON-COKER, Commissioner of Social Services, *et al.*, </br></br>Plaintiffs, </br></br>COMMUNITY VISITING NURSE AND HOME CARE AGENCY, INC; MED-CENTER HOME HEALTH CARE, INC; PRIORITY CARE, INC; STAFF BUILDERS HOME HEALTH CARE, INC., and OTHER SIMILARLY SITUATED HOME HEALTH AGENCIES </br></br>Plaintiff-Intervenors, </br></br>v. </br></br>TOMMY G. THOMPSON, Secretary, United States Department of Health and Human Services, *et al.*, </br></br>Defendants, and </br></br>ASSOCIATED HOSPITAL SERVICE; and UNITED GOVERNMENT SERVICES, INC., </br></br>Additional Defendants. | </br></br></br></br></br></br></br></br></br></br></br></br></br></br></br></br>Civil Action No. 3:00CV1312 (CFD) </br></br></br>December 22, 2004 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Tommy Thompson, the Secretary of the Department of Health and Human Services, Mark McClellan, the Administrator of the Centers for Medicare and Medicaid Services, Associated Hospital Service, and United Government Services, Inc., hereby move for summary judgment against Plaintiff-Intervenors Community Visiting Nurse and Home Care Agency, Inc., Med-Center Home Health Care, Inc., Priority Care, Inc., and Staff Builders Home Health Care,

Inc. In support of this motion defendants respectfully refer to the accompanying memorandum and statement of material facts not in dispute.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PETER D. KEISLER<br>Assistant Attorney General |
|  | KEVIN J. O'CONNOR<br>United States Attorney |
|  | PATRICK F. CARUSO<br>Assistant United States Attorney |
|  | CAROLYN A. IKARI<br>Assistant United States Attorney |
| Of Counsel<br>DONALD H. ROMANO<br>Attorney<br>Office of the General Counsel<br>Department of Health<br>and Human Services | SHEILA M. LIEBER<br>Deputy Branch Director |
|  | _____<br>SAMUEL C. KAPLAN<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch,<br>P.O. Box 883<br>Washington, DC  20044<br>(202) 514-4686 (phone)<br>(202) 616-8202 (fax)<br>Federal Bar No. CT26054 |
|  | Attorneys for Defendants |

Dated:  December 22, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2004, copies of the foregoing Defendants' Motion for Summary Judgment on Plaintiff-Intervenor's Amended Complaint, Memorandum of Law in Support of Defendants' Motion for Summary Judgment, and Defendants' Local Rule 9(c)(1) Statement of Material Facts Not in Dispute were served, by Federal Express, addressed to the following:

> David Wynn
> Arent Fox
> 1675 Broadway, 25th Floor
> New York, New York  10019-5820

Samuel C. Kaplan