UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------------------------------------x
PATRICIA WILSON-COKER, Commissioner of Social    :
Services, and CONNECTICUT STATE DEPARTMENT   :
OF SOCIAL SERVICES; and ELLEN JOHNSON,   :
IRMA YOXALL, and JESSIE VEREEN, on behalf    :
of themselves and all others similarly situated,   :
                                                                                      :
                              Plaintiffs,                                     :    Civil Action No.
                                                                                      :    3:00 CV-1312 (CFD)
                                                                                      :
                                                                                      :
COMMUNITY VISITING NURSE AND HOME    :    ORAL ARGUMENT
CARE AGENCY, INC.; MED-CENTER HOME    :    REQUESTED
HEALTH CARE, INC.; PRIORITY CARE, INC.;    :
STAFF BUILDERS HOME HEALTH CARE, INC.    :    NOTICE OF MOTION FOR
and OTHER SIMILARLY SITUATED HOME    :    SUMMARY JUDGMENT
HEALTH AGENCIES,    :
                                                                                      :
                     Plaintiffs and Intervenors,    :
                                                                                      :
                                                                                      :
            v.    :
                                                                                      :
TOMMY THOMPSON, et al.    :
                                                                                      :
                              Defendants,    :
                                                                                      :
ASSOCIATED HOSPITAL SERVICE; and    :
UNITED GOVERNMENT SERVICES, INC.,    :
                                                                                      :
                     Additional Defendants.    :
----------------------------------------------------------------------x

## PLAINTIFF-INTERVENOR'S MOTION FOR SUMMARY JUDGMENT

Plaintiff-Intervenor Med-Center Home Health Care, Inc. ("Med-Center") hereby moves this Court pursuant to Federal Rule of Civil Procedure 56, based upon the jointly-submitted record, the Affidavit of David N. Wynn and the exhibits attached thereto, Med-Center's statement pursuant to Local Rule 9(c)(1), and Med-Center's memorandum of

NYC/163865.1                                                    1

law filed herewith, to grant summary judgment in its favor and against Defendants Tommy Thompson, et al.

Dated: December 22, 2004

                                                Respectfully submitted,

                                                Connie A. Raffa
                                                David N. Wynn
                                                Attorneys for plaintiff-intervenor
                                                Med-Center Home Health Care
                                                Agency, Inc.
                                                Arent Fox PLLC
                                                1675 Broadway
                                                New York, New York 10019
                                                (212) 484-3900