UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------------x
PATRICIA WILSON-COKER, Commissioner of Social :
Services, and CONNECTICUT STATE DEPARTMENT :
OF SOCIAL SERVICES; and ELLEN JOHNSON, :
IRMA YOXALL, and JESSIE VEREEN, on behalf :
of themselves and all others similarly situated, :
:
       Plaintiffs, :
: Civil Action No.
: 3:00 CV-1312 (CFD)
:
COMMUNITY VISITING NURSE AND HOME : AFFIDAVIT OF
CARE AGENCY, INC.; MED-CENTER HOME : DAVID N. WYNN
HEALTH CARE, INC.; PRIORITY CARE, INC.; :
STAFF BUILDERS HOME HEALTH CARE, INC. :
and OTHER SIMILARLY SITUATED HOME :
HEALTH AGENCIES, :
:
:
     Plaintiffs and Intervenors, :
:
:
:
     v. :
:
TOMMY THOMPSON, et al. :
:
     Defendants, :
:
ASSOCIATED HOSPITAL SERVICE; and :
UNITED GOVERNMENT SERVICES, INC., :
:
     Additional Defendants. :
-----------------------------------------------------------------------x

STATE OF NEW YORK }
         ss
COUNTY OF NEW YORK }

  **David N. Wynn**, being duly sworn, deposes and says:

NYC/163563.1

1. I am a member of Arent Fox PLLC, attorneys for plaintiff-intervenor Med-Center Home Health Care, Inc. ("Med-Center") and submit this affidavit on behalf of Med-Center in support of its motion for summary judgment against the Federal defendants, Tommy Thompson, Secretary, United States Department of Social Services, et al. (the "Federal Defendants"). This affidavit is submitted to supplement the record and supply the Court with the relevant evidence to support summary judgment as set forth in the accompanying memorandum of law and Local Rule 9 statement.

2. To facilitate the record on this motion, I annex hereto the following documents:

   a. The operative pleadings, including: (i) the Amended Intervenor Complaint, dated August 2, 2001, with exhibits, and (ii) the Federal Defendants' Answer to the Amended Intervenor Complaint dated October 4, 2002;

   b. A copy of the Affidavit of Thomas H. Fanning dated April 18, 2002, with the exhibits thereto. The original affidavit was previously filed with the Court in connection with Med-Center's initial summary judgment motion;

   c. The Deposition of Robert Nakielny dated December 17, 2001,

   d. The Federal Defendants' Response to Plaintiffs-Intevenors' Request for Admission;

   e. The Letter from Paul D. Duplinsky, Manager of Administration Medical Review and Appeals Associated Hospital Services of Maine to Judge Bruce H. Zwecker dated September 26, 1997;

   f. Contract between CT DSS and Center for Medicare Advocacy, Inc.;

   g. Notice of Dismissal and Remand to Priority Care from Judge Bruce Zwecker; and

   h. Letter from Timothy M. Westmoreland, Director, Center for Medicaid State Operation dated December 3, 1999.

    i.  Letter from Timothy M. Westmoreland, Director, Center for Medicaid State Operations dated December 3, 1999.

_____
David N. Wynn

Sworn To Before Me This
22nd day of December, 2004

_____
Notary Public

SUSAN E. GREENBERG
Notary Public, State of New York
No. 44-4942986
Qualified in Rockland County
Commission Expires 10/11/2006