# Arent Fox
ATTORNEYS AT LAW

RECEIVED

2005 JAN 12 A 11: 28

CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE

**David N. Wynn**
212/484-3920 DIRECT
wynnd@arentfox.com

January 7, 2005

Honorable Christopher F. Droney
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

Re:   Community Visiting Nurse and Home Care Agency, et al. (Plaintiff-Intervenors)/
      Patricia Wilson-Coker, et al. ( Plaintiffs) v. Tommy Thompson, et al. (Defendant)
      Case No. 3:00 CV-1312 (CFD)

Dear Judge Droney:

We represent the plaintiff provider in the above-referenced action. In accordance with the briefing schedule set at yesterday's conference call, the parties will serve opposition to the summary judgment motion on January 28, 2005. Reply papers, if any, will be served on February 15, 2005.

As requested, counsel will indicate in their motion papers if oral argument is requested.

Respectfully submitted,

David N. Wynn

cc:   Samuel Kaplan, Esq. (via Telecopy)

This letter shall be docketed by the Clerk and included in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
01/13/05

Arent Fox PLLC
1675 Broadway    New York, NY 10019-5820    212.484.3900 PHN    212.484.3990 FAX

NEW YORK    WASHINGTON, DC
www.arentfox.com