# Arent Fox
ATTORNEYS AT LAW

RECEIVED

2004 NOV 19  A 11: 04

CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE

**David N. Wynn**
212/484-3920 DIRECT
wynnd@arentfox.com

**VIA FEDERAL EXPRESS**

November 18, 2004

Honorable Christopher F. Droney
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

Re:   Community Visiting Nurse and Home Care Agency, et al. (Plaintiff-Intervenors)/
      Patricia Wilson-Coker, et al ( Plaintiffs) v. Tommy Thompson, et al. (Defendant)
      Case No. 3:00 CV-1312 (CFD)

Dear Judge Droney:

We write jointly on behalf of the parties in connection with the above-referenced action. In the prior status report dated October 15, 2004, Mr. Kaplan, counsel for the federal government, advised the Court that the parties contemplated having the administrative record completed by November 19, 2004 and motions for summary judgment would be served on or about December 8, 2004. A copy of Mr. Kaplan's letter is attached for your reference.

In the intervening period, counsel have had ongoing discussion about the scope of the record. It is respectfully requested that the schedule be extended for two weeks such that the record is filed on December 2, 2004 with motions served on December 22, 2004. To that end, on Monday, Mr. Kaplan forwarded to Arent Fox documents that the government believes should be included in the record. Unfortunately, Attorney Raffa has been ill and not expected to return to the office until next week at the earliest. We also understand from Mr. Kaplan that the government has identified certain documents that the government cannot locate and Arent Fox will endeavor to find them. Arent Fox is now reviewing these materials and will provide the government any additional materials that it seeks to add to the record.

[Handwritten margin note, rotated:] The Clerk is directed to docket this letter. The motion for extension of time is GRANTED. The administrative record is to be completed by December 2, 2004, and motions for summary judgment shall be filed no later than December 22, 2004.
So ordered,
/s/ Christopher F. Droney
Christopher F. Droney
United States District Judge

[Stamp:] 2005 FEB -1 P 12:28
U.S. DISTRICT COURT
HARTFORD

NEW YORK                WASHINGTON, DC
New York, NY 10019-5820   212.484.3900 PHN   212.484.3990 FAX   www.arentfox.com

November 18, 2004
Page 2

The request for the two week extension is made in order to attempt to resolve as many issues as possible, which counsel believes will facilitate the contemplated summary judgment motions each party intends to make.

Respectfully submitted,

David N. Wynn

S. Kaplan / by D. Wynn
Samuel Kaplan   per 11/18/04
authorization

cc:   Samuel Kaplan, Esq. (via telecopy)

NYC/161074.1



U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044



RECEIVED OCT 18 2004 ARENT FOX KINTNER PLOTKIN & KAHN

Samuel C. Kaplan
Trial Attorney

Tel: (202) 514-4686
Fax: (202) 616-8202

October 15, 2004

**VIA FEDERAL EXPRESS**

Honorable Christopher F. Droney
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

Re:  Community Visiting Nurse and Home Care Agency, et al. (Plaintiff-Intervenors) / Patricia Wilson-Coker (Plaintiffs) v. Tommy Thompson, et al. (Defendant), Case No. 3:00 CV-1312 (CFD)

Dear Judge Droney

   We are submitting this joint report on behalf of both parties in connection with the above-referenced action. This report is made jointly as a follow-up to the parties' discussions with the Court and the joint report that the parties submitted on September 29, 2004. The parties' efforts to agree to an administrative record remain ongoing, but we have agreed to a deadline either to produce a stipulated administrative record, or if the parties disagree as to the contents of the record, to produce a single binder containing the documents that the two parties view as relevant for their respective summary judgment motions. The parties propose to submit this binder no later than November 19, 2004, and to serve summary judgment motions no later than December 8, 2004. If the parties disagree as to the content of the administrative record, they shall incorporate arguments concerning that dispute into their respective motions as appropriate.

Respectfully submitted,

Samuel C. Kaplan

David N. Wynn (by SCK)

David N. Wynn