## DECLARATION OF DONNA L. TRUFFANT

I, Donna L. Trufant, do hereby declare:

1. I am a Manager of Medical Review and Appeals at Associated Hospital Service. In this capacity I am responsible for the administrative review and processing decisions of the department. I have served in this capacity since 1992. AHS served as the fiscal intermediary for Med-Center Home Health Care, Inc., during the dates of service identified in Exhibit A and at all times since.

2. Counsel for the defendants in the case of *Wilson-Coker v. Leavitt, et al.*, No. 3:00CV1312 (D. Ct.), has provided me with an unredacted copy of what is attached in redacted form as Exhibit A. I understand that this page lists the names of beneficiaries and dates of service that are the subject of this litigation, and that counsel for the plaintiffs previously provided it to counsel for the defendants.

3. We have searched our files and find no record of receiving claims for the individuals and dates of service listed. Had claims been filed late, we would have a record of it because for such claims, it has been and remains our practice to return the claims to the provider with a letter stating that the claims were not filed timely, and to retain a copy of the correspondence. We have found no such correspondence, demonstrating that AHS never received claims for these beneficiaries and dates of service.

4. It is my understanding that Med-Center Home Health Care, Inc. has asserted in this litigation that the claims referred to in Exhibit A must have been filed at some point because Time Limit Reject Notices were issued. This assertion is incorrect. In the situation where we did not receive a claim within six months after we received the Statement of Intent and sent an initial request for a claim and medical record to the provider, it was our practice to send a Time Limit Reject Notice to the provider automatically. In other words, a claim need not have been filed for a Time Limit Reject Notice to be issued; instead, the failure to receive a claim within the six-month period triggered the sending of the Time Limit Reject Notice.

I swear or affirm under penalty of perjury that the foregoing is true and correct.

*[signature]*
Donna L. Trufant

Executed this 10th day of February 2005.

## Med Center Home Health Agency

| PATIENT | HICN | DATES OF SERVICE | DATE OF ALJ DECISION | ALJ |
|---------|------|------------------|----------------------|-----|
| ▮▮▮ | ▮▮▮ | 01-01-1993 to 9-30-1993 | 08-28-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 10-01-1991 to 06-30-1992 | 09-04-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 04-01-1994 to 05-30-1994 | 08-28-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 11-01-1993 to 02-28-1994 | 09-04-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 10-01-1991 to 01-31-1992 | 09-04-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 10-01-1993 to 02-28-1994 | 09-05-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 10-01-1992 to 04-30-1993 | 09-05-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 10-01-1993 to 09-30-1944 | 09-04-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 06-01-1992 to 08-31-1992 | 09-05-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 10-01-1992 to 03-31-1993 | 09-05-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 10-01-1993 to 08-31-1994 | 08-28-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 06-01-1993 to 09-30-1993 | 08-29-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 02-20-1991 to 08-30-1991 | 08-29-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 10-01-1991 to 07-31-1992 | 08-29-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 10-01-1991 to 06-30-1992 | 08-29-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 08-01-1993 to 09-30-1993 | 08-28-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 10-01-1993 to 05-30-1994 | 08-28-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 08-01-1992 to 09-30-1992 | 08-29-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 05-01-1992 to 09-30-1992 | 08-28-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 10-01-1993 to 09-30-1994 | 08-28-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 10-01-1993 to 03-31-1994 | 08-28-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 11-01-1991 to 09-30-1992 | 08-28-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 10-01-1992 to 09-30-1993 | 08-28-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 04-01-1992 to 09-30-1992[1] | 08-28-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 10-01-1991 to 07-31-1992 | 08-28-1997 | Bruce H. Zwecker |
| ▮▮▮ | ▮▮▮ | 10-01-1991 to 09-30-1992 | 08-28-1997 | Bruce H. Zwecker |

[1] The date reflected on page 3 of the ALJ decision was incorrectly marked 9-39-1992.

NYC/101727

## Med Center Home Health Agency

| PATIENT | HICN | DATES OF SERVICE | DATE OF ALJ DECISION | ALJ |
|---|---|---|---|---|
| | | 03-01-1992 to 09-30-1992 | 09-05-1997 | Bruce H. Zwecker |
| | | 10-01-1992 to 06-30-1993 | 08-28-1997 | Bruce H. Zwecker |
| | | 08-20-1991 to 09-30-1991 | 08-29-1997 | Bruce H. Zwecker |
| | | 10-01-1991 to 03-31-1992 | 08-28-1997 | Bruce H. Zwecker |
| | | 10-01-1991 to 09-30-1992 | 08-29-1997 | Bruce H. Zwecker |
| | | 10-01-1997[3] to 09-30-1992 | 08-28-1997 | Bruce H. Zwecker |
| | | 10-01-1991 to 07-31-1992 | 08-29-1997 | Bruce H. Zwecker |
| | | 10-01-1991 to 09-30-1992 | 08-28-1997 | Bruce H. Zwecker |
| | | 07-01-1992 to 09-30-1992 | 08-29-1997 | Bruce H. Zwecker |
| | | 06-01-1992 to 09-30-1992 | 09-05-1997 | Bruce H. Zwecker |
| | | 10-01-1993 to 12-01-1993 | 09-05-1997 | Bruce H. Zwecker |
| | | 10-01-1991 to 06-30-1992 | 09-05-1997 | Bruce H. Zwecker |
| | | 05-01-1993 to 06-30-1993 | 09-05-1997 | Bruce H. Zwecker |
| | | 08-01-1993 to 09-30-1993 | 09-05-1997 | Bruce H. Zwecker |
| | | 10-01-1993 to 09-30-1994 | 09-05-1997 | Bruce H. Zwecker |
| | | 10-01-1993 to 09-30-1994 | 09-05-1997 | Bruce H. Zwecker |
| | | 03-01-1994 to 05-31-1994 | 09-05-1997 | Bruce H. Zwecker |
| | | 12-01-1991 to 09-30-1992 | 09-05-1997 | Bruce H. Zwecker |
| | | | | Bruce H. Zwecker |
| | | | | Bruce H. Zwecker |

[2] Please note the ALJ decision reflects two HICN numbers. 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 is reflected on the first page and 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 is reflected on the third page.
[3] This incorrect date is reflected in the ALJ decision on the third page.

NYC/101727.1