UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA WILSON-COKER, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 3:00CV1312 (CFD) |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, | : | |
| | : | |
| Defendant. | : | November 15, 2005 |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter my appearance as attorney for the Defendant in the above-captioned case.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/

VICTORIA S. SHIN
Assistant United States Attorney
157 Church Street
New Haven, Connecticut 06510
(203) 821-3799
Fed. Bar No. ct 26806

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Notice of Appearance was sent via United States mail, postage pre-paid, this 15th day of November, 2005 to:

Connie A. Raffa
David N. Wynn
Arent Fox Kintner Plotkin & Kahn PLLC
1675 Broadway, 25th Fl.
New York, NY 10019

Robert E. Wanerman
Arent Fox Kintner Plotkin & Kahn
1050 Connecticut Avenue, NW
Washington, D.C. 20036

Samuel Starks
1100 Summer Street
Stamford, CT 06905

Amy Allen Ruggeri
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044

Samuel C. Kaplan
U.S. Department of Justice, Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044

_____
Victoria S. Shin
Assistant United States Attorney