UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA WILSON-COKER ET AL., Plaintiffs | : |
| COMMUNITY VISITING NURSE AND HOME CARE AGENCY, INC., ET AL., Plaintiff-Intervenors | : Civil Action No. : 3:00 CV 1312 (CFD) |
| v. | : |
| TOMMY THOMPSON ET AL., Defendants | : |

## ORDER

The Joint Administrative Record shall be docketed, nunc pro tunc, with the date December 17, 2004.

SO ORDERED this 25th day of October 2006, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE