UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA WILSON-COKER ET AL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| COMMUNITY VISITING NURSE AND HOME CARE AGENCY, INC., ET AL., | ) |
| | ) |
| Plaintiff - Interveners | ) |
| | ) |
| v. | ) Case No. 3:00CV1312 (CFD) |
| | ) |
| TOMMY G. THOMPSON, Secretary, United States Department of Health and Human Services, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE AND SUBSTITUTION**

Pursuant to 28 U.S.C. § 517, the following undersigned counsel enters her appearance on behalf of the defendant, Tommy G. Thompson, Secretary of Health and Human Services:

Tara M. La Morte
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW
Room 7326
Washington, D.C. 20530

Tel.:         (202) 514-1275
Fax:         (202) 616-8202
E-mail:     tara.lamorte@usdoj.gov
Fed Bar No.   CT phv01932

Ms. La Morte replaces Amy Allen Ruggeri and Sam Kaplan as counsel for Defendant in

this matter. Ms. Ruggeri's and Mr. Kaplan's representation of Defendant should be terminated.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        KEVIN J. O'CONNOR
        United States Attorney

        VICTORIA S. SHIN
        Assistant United States Attorney

        SHEILA M. LIEBER
        Deputy Branch Director


        /s/ *Tara M. La Morte*
        TARA M. La MORTE
        Trial Attorney
        U.S. Department of Justice, Civil Division
        Federal Programs Branch,
        20 Massachusetts Avenue, NW
        Room 7326
        Washington, DC  20530
        (202) 514-1275 (phone)
        (202) 616-8202 (fax)

        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2007, I caused the foregoing Notice of Appearance and Substitution to be served on counsel for Plaintiff-Intervenors electronically by means of the Court's ECF system:

/s/ *Tara M. La Morte*
Tara M. La Morte
D. Conn. Fed. Bar No. phv01932
Department of Justice
20 Massachusetts Avenue, NW
Room 7326
Washington, DC 20530
Phone: (202) 514-1275
Fax:    (202) 616-8202
Email: tara.lamorte@usdoj.gov