UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA WILSON-COKER, : | |
| *Commissioner of Social Services, et al.,* : | |
|    Plaintiffs : | |
| | |
| COMMUNITY VISITING NURSE & : | |
| HOME CARE AGENCY, INC., | |
| MED-CENTER HOME HEALTH | |
| CARE, INC., PRIORITY CARE, INC. : | |
|    Plaintiff-Intervenors | |
| | |
| : | |
|    v. | CASE NO. 3:00CV1312(CFD) |
| : | |
| | |
| MIKE LEAVITT, *Secretary, HHS* : | |
| HEALTH CARE FINANCING ADMIN.; | |
| ASSOCIATED HOSPITAL SERVICE, and | |
| UNITED STATES GOVERNMENT SVC. INC. : | |
|    Defendants | |

## JUDGMENT

This action having come on for consideration of the defendants' Motion for Summary Judgment and the plaintiff-intervenors' Motion for Summary Judgment before the Honorable Christopher F. Droney, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed its Ruling, granting the defendants' motion and denying the plaintiff-intervenors' motion. The plaintiff-intervenors remaining claims against the plaintiffs are rendered moot by the settlement between the plaintiffs and defendants, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants dismissing the case.

Dated at Hartford, Connecticut, this 12th day of September, 2007.

                                              KEVIN F. ROWE, Clerk


                                              By /s/ Devorah Johnson
                                                 Devorah Johnson
                                                 Deputy Clerk